# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

*(Argued September 14, 2000 - Decided October 2, 2001)*

October 12, 2001

**Before**

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| Nos. 99-3076, 99-3336, 99-3891, 99-3892 & 01-2050 | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| NATIONAL ORGANIZATION FOR WOMEN, INC., *etc.*, *et al.*,             *Plaintiffs-Appellees*, | No. 86 C 7888 |
| *v.* | **David H. Coar**, *Judge*. |
| JOSEPH M. SCHEIDLER, *et al.*,         *Defendants-Appellants.* | |

## O R D E R

The opinion issued by this Court on October 2, 2001 is amended as follows:

Page 11, third line from the bottom of page should read:

"been convicted of predicate act and that plaintiff has suffered a"

Page 26, sixth line from top of page: the word "insuring" should read "ensuring."

**SO ORDERED.**